997 So.2d 1165 (2008)
Juan Raul MAS, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-3298.
District Court of Appeal of Florida, Third District.
December 10, 2008.
Juan Raul Mas, in proper person.
Bill McCollum, Attorney General, and Juliet S. Fattel, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and WELLS and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See Williams v. State, 957 So.2d 600 (Fla.2007); Saffold v. State, 959 So.2d 1247 (Fla. 4th DCA 2007).